JUDGE STEIN

07 CV 3093

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

A.V.M. SOFTWARE, INC.,

                Plaintiff,

v.

DAVID HANSEN and MICHELLE HANSEN,

                Defendants.

------------------------------------------------------------------- x

Case No.  APR 17 2007

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, that are publicly held.

Dated: New York, NY
       April 13, 2007

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
    Craig S. Mende (CM 3906)
    James D. Silberstein (JS 7141)
866 United Nations Plaza
New York, NY 10017
Tel.: (212) 813-5900
Fax: (212) 813-5901

*Attorneys for Plaintiff*

{F0041863 1 }