Craig Mende (CM 3906)
James D. Silberstein (JS 7141)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017
Tel.: (212) 813-5900
Fax: (212) 813-5901
*Attorneys for Plaintiff A.V.M. Software, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

A.V.M. SOFTWARE, INC.,

           Plaintiff,

    v.

DAVID HANSEN and MICHELLE HANSEN,

           Defendants.
-----------------------------------------------------------

Civil Action No. 07 CV 3093 (SHS)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Plaintiff, A.V.M. Software, Inc., by its undersigned attorneys, hereby voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: New York, NY
       May 25, 2007

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
    Craig Mende (CM 3906)
    James D. Silberstein (JS 7141)
    866 United Nations Plaza
    New York, NY 10017
    Tel.: (212) 813-5900
    Fax: (212) 813-5901

*Attorneys for Plaintiff A.V.M. Software, Inc.*

SO ORDERED 5/29/07

_____
SIDNEY H. STEIN
U.S.D.J.

{F0059926.1}